UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – –X

HASSAN CHUNN; NEHEMIAH McBRIDE;                                **NOTICE OF APPEARANCE**
AYMAN RABIDI by his Next Friend Migdaliz
Quinones; and JUSTIN RODRIGUEZ by his Next            Civil Action No.
Friend Jacklyn Romanoff,                                      20-CV-1590

                    Petitioners,                  (Kovner, J.)
      - against -

WARDEN DEREK EDGE,

               Respondent.

– – – – – – – – – – – – – – – – – – – – – – –X

          PLEASE  TAKE NOTICE  that  RICHARD P.  DONOGHUE, United States

Attorney for the Eastern District of New York, JAMES R. CHO, Assistant United States

Attorney, of counsel, hereby enters an appearance in the above-captioned action on behalf of

respondent WARDEN DEREK EDGE. The undersigned certifies that he is admitted to

practice in this Court. This appearance is made without waiver to service, venue or jurisdiction.

Dated: Brooklyn, New York
      March 30, 2020

                                       RICHARD P. DONOGHUE
                                       United States Attorney
                                       Eastern District of New York
                                       271-A Cadman Plaza East, 7th Fl.
                                       Brooklyn, New York 11201

                   By:     /s/James R. Cho
                             JAMES R. CHO
                            Assistant U.S. Attorney
                            (718) 254-6519
                            (718) 254-7483 (fax)
                            james.cho@usdoj.gov