

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 31, 2020

By ECF and Courtesy Copy by Interoffice Mail (w/ enclosures)

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Chunn et al. v. Warden Derek Edge,* Civil Action No. 20-cv-1590 (Kovner, J.)

Dear Judge Kovner:

    This Office represents Respondent Warden Derek Edge in the above-referenced matter. Enclosed please find two courtesy copies of Respondent's Memorandum of Law in Opposition to Petitioners' Motion for a Temporary Restraining Order (ECF No. 18), and Declaration of Associate Warden Milinda King (ECF No. 18-1) with Exhibits 1-3 (ECF No. 18-2).

                                            Respectfully submitted,

                                            RICHARD P. DONOGHUE
                                            United States Attorney

                      By:    s/ James R. Cho
                                JAMES R. CHO
                                Assistant U.S. Attorney
                                (718) 254-6519
                                james.cho@usdoj.gov

Enclosures

cc:    All Counsel of Record (by ECF) (w/ enclosures)