**ROANNE L. MANN**                   DATE:    April 3, 2020
**UNITED STATES MAGISTRATE JUDGE**     START:    9:00 a.m.
                                                                  END:    9:30 a.m.

**DOCKET NO:**    20-cv-1590 (RPK)
**CASE:**    Chunn, et al v. Edge

- ☐ **INITIAL CONFERENCE**      ☐ **OTHER/*CHEEKS* HEARING**
- ☐ **DISCOVERY CONFERENCE**      ☐ **FINAL/PRETRIAL CONFERENCE**
- X  **SETTLEMENT CONFERENCE**      ☐ **TELEPHONE CONFERENCE**
- ☐ **MOTION HEARING**      ☐ **INFANT COMPROMISE HEARING**

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Katherine Rosenfeld, Alexander A. Reinert, Andrew Wilson, Scout Katovich, Deirdre Von Dornum (Fed Defenders) |
| | |
| | |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Seth Eichenholtz, James Cho, Allon Lifshitz (Crim. Div.), Holly Pratesi (BOP) |
| | |
| | |

- ☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
- ☐ **NEXT** _____ **CONFERENCE SCHEDULED FOR** _____
- ☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
- ☐ **PL. TO SERVE DEF. BY:** _____     **DEF. TO SERVE PL. BY:** _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Further settlement discussions held. The government will provide the Court and petitioner's counsel with a prompt update.