EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

April 3, 2020

*Via ECF*

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chunn, et al. v. Edge*, No. 20 Civ. 1590

Dear Judge Kovner:

Along with the Cardozo Civil Rights Clinic and Alexander A. Reinert, this office represents Petitioners and the putative class in the above-captioned case. Pursuant to the Court's Order, the parties have been working for the past two days under the supervision of Judge Mann to attempt to resolve this matter.

Pursuant to the Court's Order, we write to advise the Court that discussions amongst the parties concluded at 10:00am today. We have not received further updates from Respondents regarding whether they will take the actions discussed with Judge Mann this morning with respect to the four named Petitioners.

In the event a settlement is not possible, we are submitting the enclosed supplemental declaration to address facts that have developed since the April 1, 2020 conference with Your Honor and issues raised at that conference.

Very truly yours,

/s/
Katherine Rosenfeld

c.    All counsel (via ECF)