# Exhibit A

BOP-reported Positive Tests for COVID-19 Nationwide[1]

| Date | Number of Positive Inmates | Number of Positive Staff | Number of Inmate Deaths |
|---|---|---|---|
| 3/19/2020 | 0 | 0 | 0 |
| 3/20/2020 | 0 | 2 | 0 |
| 3/21/2020 | 1 | 2 | 0 |
| 3/22/2020 | 1 | 2 | 0 |
| 3/23/2020 | 3 | 3 | 0 |
| 3/24/2020 | 6 | 3 | 0 |
| 3/26/2020 | 10 | 8 | 0 |
| 3/27/2020 | 14 | 13 | 0 |
| 3/29/2020 | 19 | 19 | 0 |
| 3/28/2020 | 19 | 19 | 1 |
| 3/30/2020 | 28 | 24 | 1 |
| 3/31/2020 | 29 | 30 | 1 |
| 4/1/2020 | 57 | 37 | 3 |
| 4/2/2020 | 75 | 39 | 6 |

---

[1] Numbers obtained from www.bop.gov/coronavirus on a daily basis. Media has reported that this website may understate the number that have tested positive. This report appears to be accurate, given that, e.g., on April 3, 2020, the website reports no positive inmates at MDC Brooklyn, but BOP staff have confirmed to the Chief Judge of EDNY that as of that date there are 2 positive inmates. Accordingly, this chart likely understates significantly the actual number of inmates who have tested positive. BOP does not provide any information on its website as to how many tests have actually been administered.





Percentage of Increase of Infected BOP People (Inmates and Staff) Since 3/20/2020

| Date | Percent Increase Since 3/20/2020 | Number of Positive Inmates | Number of Positive Staff |
|---|---|---|---|
| 3/21/2020 | 50% | 1 | 2 |
| 3/23/2020 | 200% | 3 | 3 |
| 3/24/2020 | 350% | 6 | 3 |
| 3/26/2020 | 800% | 10 | 8 |
| 3/27/2020 | 1250% | 14 | 13 |
| 3/29/2020 | 1800% | 19 | 19 |
| 3/30/2020 | 2500% | 28 | 24 |
| 3/31/2020 | 2850% | 29 | 30 |
| 4/1/2020 | 4600% | 57 | 37 |
| 4/2/2020 | 5600% | 75 | 39 |



Percentage of Increase of Infected BOP People (Inmates and Staff)