

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2020

By ECF

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Chunn et al. v. Warden Derek Edge,* Civil Action No. 20-cv-1590 (Kovner, J.)

Dear Judge Kovner:

    This Office represents Respondent Warden Derek Edge in the above-referenced matter. Pursuant to the Court's April 2, 2020 Order (ECF No. 23), the parties engaged in good-faith settlement discussions on April 2nd and 3rd before Magistrate Judge Mann, with no further settlement conferences currently scheduled. Respondent now respectfully provides the Court with a status update.

    The four petitioners in this action have separately petitioned the Warden of the Metropolitan Detention Center for release under either 18 U.S.C. § 3582(c)(1)(A) or other mechanisms that countenance early release of prisoners. Petitioners sought to compel the Warden to reach a decision regarding their requests by commencing these temporary restraining order proceedings.

    We write to respectfully inform the Court and the parties that the Warden has considered and made the decision to deny the requests of each of the four petitioners for a reduction in sentence. The MDC is in the process of notifying the inmates and their respective attorneys today of the decision.

Respondent thanks the Court for its consideration of this matter.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: s/ James R. Cho
JAMES R. CHO
Assistant U.S. Attorney
(718) 254-6519
james.cho@usdoj.gov

cc: The Honorable Roanne L. Mann, U.S. Magistrate Judge
All Counsel of Record (by ECF)