**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2020

**By ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Chunn, et al. v. Warden Derek Edge*,
> Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

    As an addendum to Respondent's letter yesterday respectfully requesting: (1) a three-business day extension, until April 20, to supplement his response (if any) regarding soap purchases and deliveries; and (2) a three-business day extension, until April 20, to provide further information regarding Petitioners' request for production of sick-call requests for medical care (Dkt. No. 47); Respondent respectfully notes that Petitioners consent to these requests. Petitioners, however, noted that they do not want the extension to cause any delays to the current discovery schedule. Respondent respectfully submits that the instant extension requests will not affect any other deadline in this matter.

    Respondent again sincerely apologizes for its error in not including Petitioners' position in its original application yesterday.

    Respondent thanks the Court for its consideration of this matter.

                                                      Respectfully submitted,

                                                      RICHARD P. DONOGHUE
                                                      United States Attorney

                       By:        /s/
                                                      James R. Cho
                                                      Seth D. Eichenholtz
                                                      Joseph A. Marutollo
                                                      Paulina Stamatelos
                                                      Assistant U.S. Attorneys
                                                      (718) 254-6519/7036/6288/6198

                                                        james.cho@usdoj.gov  
                                                seth.eichenholtz@usdoj.gov  
                                                joseph.marutollo@usdoj.gov  
                                              pauline.stamatelos@usdoj.gov

cc:     The Honorable Roanne L. Mann, U.S. Magistrate Judge  
         All Counsel of Record (by ECF)