

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2020

**By ECF (w/ enclosure)**

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Chunn, et al. v. Warden Derek Edge*,
             Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

      Respondent Warden Derek Edge writes to provide a status report to the Court in connection with the Court's Order dated April 16, 2020. Earlier today, Respondent served on Petitioners supplemental responses regarding "soap" and sick-call requests, including 888 pages of sick-call requests. A courtesy copy of Respondent's service letter -- without the extensive document production -- is attached hereto as Exhibit 1.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney

                By:      /s/
                        James R. Cho
                        Seth D. Eichenholtz
                        Joseph A. Marutollo
                        Paulina Stamatelos
                        Assistant U.S. Attorneys
                        (718) 254-6519/7036/6288/6198
                        james.cho@usdoj.gov
                        seth.eichenholtz@usdoj.gov
                        joseph.marutollo@usdoj.gov
                        pauline.stamatelos@usdoj.gov

Enclosure

cc:     The Honorable Roanne L. Mann, U.S. Magistrate Judge
         All Counsel of Record (by ECF)

# Exhibit 1



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2020

**By E-mail (w/ enclosures)**

Katherine Ruth Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020

      Re:    *Chunn, et al. v. Warden Derek Edge*,
             Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Ms. Rosenfeld:

      Pursuant to the Court's prior Orders, enclosed please find Respondent's supplemental document production relating to "soap" (Bates numbered BOP 204-236), and sick-call requests submitted electronically from March 13, 2020 to April 13, 2020 (Bates numbered BOP_SCR 1-888).

                                   Very truly yours,

                                    RICHARD P. DONOGHUE
                                    United States Attorney

                    By:         /s/
                                    James R. Cho
                                    Seth D. Eichenholtz
                                    Joseph A. Marutollo
                                    Paulina Stamatelos
                                    Assistant U.S. Attorneys
                                    (718) 254-6519/7036/6288/6198
                                    james.cho@usdoj.gov
                                    seth.eichenholtz@usdoj.gov
                                    joseph.marutollo@usdoj.gov
                                    pauline.stamatelos@usdoj.gov

Enclosures

cc:    All Counsel of Record (by email only) (w/ enclosures)