

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 27, 2020

**By E-mail**

Katherine Ruth Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020

    Re:    *Chunn et al. v. Warden Derek Edge,* Civil Action No. 20-cv-1590 (Kovner, J.)

Dear Ms. Rosenfeld:

    Pursuant to the Court's April 25th Order, Respondent writes to advise Petitioners that he opts "to conduct a deposition of Dr. Venters, in which event Petitioners' counsel will prepare and serve disclosures relating to Dr. Venters under Rule 26(a)(2)(C)." Dkt. No. 65. Please provide these Rule 26(a)(2)(C) disclosures by 3 p.m. on Wednesday, April 29, in advance of Dr. Venters' deposition.

    Consistent with the Court's Order permitting Respondent to conduct a deposition of Dr. Venters *in lieu* of Petitioners producing his expert report due on April 30 (Dkt. No. 65), Respondent will proceed with Dr. Venters' deposition on Thursday, April 30 at 10 a.m., as previously Noticed. We will provide additional information regarding the logistics of Dr. Venters' deposition shortly.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:     /s/
    James R. Cho
    Seth D. Eichenholtz
    Joseph A. Marutollo
    Paulina Stamatelos
    Assistant U.S. Attorneys
    (718) 254-6519/7036/6288/6198
    james.cho@usdoj.gov
    seth.eichenholtz@usdoj.gov
    joseph.marutollo@usdoj.gov
    pauline.stamatelos@usdoj.gov

cc: The Honorable Roanne L. Mann (by ECF)