U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2020

**By ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chunn et al. v. Warden Derek Edge,* Civil Action No. 20-cv-1590 (Kovner, J.)

Dear Judge Mann:

      Pursuant to the Court's April 25, 2020 Order, the parties respectfully submit this status report regarding Petitioners' demand for paper sick call requests. The parties are currently conferring in good faith with respect to Petitioners' demand. This afternoon, Respondent provided Petitioners with information that they had gathered in response to the Court's inquiry. In response, Petitioners requested additional information on four issues. Respondent will endeavor to respond to all of Petitioners' remaining queries regarding this issue by noon tomorrow (April 29). The parties will then advise the court whether the issue is resolved.

      Respondent thanks the Court for its consideration of this matter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      James R. Cho
      Seth D. Eichenholtz
      Joseph A. Marutollo
      Paulina Stamatelos
      Assistant U.S. Attorneys
      (718) 254-6519/7036/6288/6198
      james.cho@usdoj.gov
      seth.eichenholtz@usdoj.gov
      joseph.marutollo@usdoj.gov
      pauline.stamatelos@usdoj.gov

cc: Honorable Rachel P. Kovner
United States District Judge

All Counsel of Record (by ECF)