# Cho Decl. Ex. A

1

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF NEW YORK

3  ------------------------------------------X

4  HASSAN CHUNN; NEHEMIAH McBRIDE;

5  AYMAN RABADI by his Next Friend Migdaliz

6  Quinones; JUSTIN RODRIGUEZ by his Next

7  Friend Jacklyn Romanoff; ELODIA LOPEZ; and

8  JAMES HAIR,

9

10  individually and on behalf of all others

11  similarly situated,

12

13                    Petitioners,

14       -against-    No. 20 Civ. 1590

15  WARDEN DEREK EDGE,

16                    Respondent.

17  ------------------------------------------X

18

19        DEPOSITION OF HOMER VENTERS, M.D.,

20  an Expert Witness herein, taken by Respondent,

21  pursuant to Notice, via Webex videoconference, on

22  Thursday, April 30, 2020, at 7:59 a.m., before Nicole

23  Wexler, a Shorthand Reporter and notary public,

24  within and for the State of New York.

25

```
 1   A P P E A R A N C E S:
 2      U.S. DEPARTMENT OF JUSTICE
 3      UNITED STATES ATTORNEY'S OFFICE
 4      For the EASTERN DISTRICT OF NEW YORK
 5          Attorneys for Respondent
 6          271 Cadman Plaza East
 7          Brooklyn, New York 11201
 8      BY: JAMES R. CHO, AUSA
 9          SETH D. EICHENHOLTZ, AUSA
10
11      EMERY, CELLI, BRINCKERHOFF, & ABADY, LLP
12          Attorneys for Petitioners
13          75 Rockefeller Plaza, 20th Floor
14          New York, New York 10019
15      BY: KATHERINE ROSENFELD, ESQ.
16
17      DEBEVOISE & PLIMPTON, LLP
18          Attorneys for Petitioners
19          919 Third Avenue
20          New York, New York 10022
21      BY: MARK MCLENNAN, ESQ.
22
23      ALSO PRESENT:
24      MEGAN MARLOW, Bureau of Prisons
25      HOLLY PRATESI, Bureau of Prisons
```

12

```
 1                         H. Venters
 2     place to mitigate or stem the spread of COVID-19 inside
 3     the facility with focus on things like infection control
 4     and social distancing.
 5            The third related to whether or not there were
 6     measurements in place to specifically identify and
 7     protect high-risk patients, patients who are at
 8     increased risk of serious illness or death can contract
 9     COVID-19.
10        Q.   When you refer to high-risk patients, I want to
11     make sure that I understand your definition of "high
12     risk."  So you're referring to those who have an
13     increased risk of serious illness or death if they
14     contract it and not high risk of contracting that
15     disease; is that correct?
16        A.   That is correct.
17        Q.   So when we use "high-risk patients" today, that's
18     what we'll refer to.  Do you understand?
19        A.   I do understand.
20        Q.   Did you have any other goals going into your
21     inspection?
22        A.   Those were the areas that I identified and
23     focused on in my work in the inspection.
24        Q.   When you conducted your inspection, can you walk
25     us through what you did as part of your inspection?
```

80

1                      H. Venters

2    Q.  When you were in the isolation unit itself, did

3    you see staff members wearing PPE?

4    A.  I saw staff members --

5          MS. ROSENFELD:  We lost you.  I think you

6    should start your answer again.

7          Maybe the court reporter can read back the

8    question and you can answer it fresh.

9          (The question was read back by the court

10   reporter.)

11   A.  So in the unit itself, I saw staff members

12   wearing loose-fitting surgical masks, but I did not see

13   any staff members wearing N95 masks or face shields or

14   gowns.

15   Q.  Now, while you were in the isolation unit, did

16   you observe any inmates outside of their cells?

17   A.  No.

18   Q.  So all of the inmates that were on isolation were

19   locked inside their cells during your inspection?

20   A.  Yes.

21   Q.  Now, the PPE that you said was recommended, that

22   is based on CDC guidelines, you said; is that right?

23   A.  Yes.  And also -- yes, the CDC and I think that

24   the New York State Department of Health has similar

25   guidelines.  Everyone has the same set of guidelines of

81

1         H. Venters
2   treatment.
3       Q.  Now, in terms of the waste receptacle, after you
4   saw staff members removing their PPE and throwing away
5   their PPE, did you observe them washing their hands
6   afterwards or otherwise?
7       A.  I believe there might have been hand sanitizer in
8   the area.  I don't actually recall -- yes, I don't
9   recall, but there's no sink in the area to wash hands.
10  I can't -- and I believe some people were using hand
11  sanitizer before or during the process of -- of doffing
12  their PPE.  Some people I observed removed gloves, used
13  hand sanitizer, then put the gloves in the garbage
14  receptacle, but I didn't do a careful tracking of when
15  people used hand sanitizer.
16      Q.  You mentioned also that it's your opinion that
17  patients in the isolation unit or inmates should have an
18  N95 mask; is that right?
19      A.  For patients with known or suspected COVID-19,
20  they come out of their cell, they should.
21      Q.  What is the basis for that opinion that they
22  should be wearing an N95 mask as opposed to a surgical
23  mask?
24      A.  That is the clinical standard that we've used and
25  all the clinical settings I'm familiar with in terms of

104

1   H. Venters
2   provide extra special levels of surveillance.
3   Q.  Now, when you talk about special measures, you
4   mentioned extra surveillance.  What was the other factor
5   that they should be doing?
6   A.  I think that in many of these settings, I think
7   that patients who are in these high-risk groups should
8   be cohorted into a special housing area.  They certainly
9   shouldn't be in double cells with people who can pass
10  COVID-19 onto them.
11      My experience in managing outbreaks is to have
12  them in one or multiple housing areas together so that
13  staff who work in those places can be specially trained
14  in infection control and also facilitating active
15  surveillance twice daily among those patients which may
16  be more intensive --
17  Q.  You broke up a little bit, so let me break that
18  down and you can maybe answer that one by one so we make
19  sure that we have your full answer.
20      Sir, so you mentioned that it's your opinion that
21  for the high-risk inmates, they should be cohorted
22  together; is that correct?
23  A.  Yes.
24  Q.  Is it your understanding that at the MDC, inmates
25  in the isolation unit are in single cells?

137

1  H. Venters
2  risk, so I think that the highest level of protections
3  are needed because of the lack of negative pressure,
4  because of the lack of infection control.  I think that
5  also my observation was that the surgical masks that are
6  being used are very loose and don't fit the patients
7  well, so an N95 mask is a better approach for keeping
8  the patients safe but really the people around them
9  safe.
10      Q.  Now, the use of these N95 masks, as you just
11  articulated, is that based on CDC guidelines?
12      A.  I think that the CDC guidelines don't specify the
13  mask.  I think they say "face covering" or "a mask" for
14  patients.  But I think that what is striking about this
15  isolation unit is that there's no negative pressure,
16  that the staff don't have PPE, so it creates an
17  incredibly high-risk scenario whereby I would be very
18  concerned that every time a person comes out of one of
19  the cells and potentially even when they don't come out
20  of the cells, you have potential infection of the staff
21  and other detained people.
22      Q.  Now, when you spoke with the inmates, at any
23  point in time, did you ask them to show you the soap
24  that they had?
25          MS. ROSENFELD:  Objection.  I think you

```
 1                     H. Venters
 2   certainly think that if a person at MDC gets sick and
 3   they need to go to the hospital, they should go to the
 4   hospital.  If they get to the hospital, they should
 5   receive the level of clinical care that they need and
 6   they should not receive a lower level of clinical care
 7   because of their status as a detainee.
 8       Q.  Understood.  Are you aware of any inmates at the
 9   MDC that you believe, in your opinion, should be
10   receiving treatment at a hospital as opposed to being
11   managed at MDC itself?
12       A.  Not as of today.
13       Q.  Okay.  In terms of steps that the MDC is taking,
14   it's my understanding that inmates are being locked in
15   their cells for most of the day during the week.  Is
16   that your understanding as well?
17       A.  Yes.
18       Q.  Is it your opinion that that's an appropriate
19   protocol from isolating the spread of the disease?
20           MS. ROSENFELD:  Objection.
21       A.  I think the use of lockdown or locking people in
22   their cells is counterproductive, because people view
23   it as punishment and it may lead them to not tell staff
24   about their symptoms if they thought that the next step
25   -- if they did report symptoms, that they would be
```

148

```
 1                    H. Venters
 2   locked down even more.  So I do believe that there are
 3   evidence-based ways to implement social distancing and
 4   infection control that don't require people being simply
 5   locked in cells all the time.
 6       Q.  When you refer to social distancing, what do you
 7   mean?
 8       A.  The practice of maintaining, in this case,
 9   COVID-19, a physical separation of six feet or more
10   between people if it's possible.  That requires planning
11   and staffing and space in a correctional setting.
12       Q.  Are you also aware that when they do take inmates
13   out of their cells that they're doing it in a staggered
14   fashion as not all inmates are coming out at the same
15   time?
16       A.  Yes.  I believe that I heard some of the security
17   staff mention that.
18       Q.  Is it your opinion that that's an appropriate
19   step for MDC to be taking?
20       A.  I believe that the staggering when people eat or
21   when they're in or out at a table or the day room, I
22   think those are appropriate ways to limit the physical
23   distancing between people.  It's not my experience that
24   in order to do that, one must lock everybody in the
25   cell.
```

Page 157

C E R T I F I C A T I O N

      I, NICOLE WEXLER, a Shorthand Reporter and notary public, within and for the State of New York, do hereby certify:

      That HOMER VENTERS, M.D., the witness whose examination is hereinbefore set forth, was first duly sworn by me on April 30, 2020 via Webex videoconference.

      I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of April, 2020.

*Nicole Wexler*

_____
NICOLE WEXLER,
Court Reporter