

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 7, 2020

<u>By ECF</u>

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chunn et al. v. Warden Derek Edge,* No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

      This Office represents Respondent Warden Derek Edge in the above-referenced matter. Enclosed please find the following documents:

(1) Memorandum of Law in Opposition to Petitioners' Motion for a Preliminary Injunction and In Opposition to Petitioners' Motion for Class Certification (Dkt. No. 79);

(2) Declaration of Health Services Administrator Stacey Vasquez with exhibits A-D (Dkt. No. 80);

(3) Declaration of Associate Warden Milinda King with exhibits A-H (Dkt. No. 81);

(4) Declaration of Associate Warden Caryn Flowers with exhibits A-B (Dkt. No. 82); and

(5) Declaration of AUSA James R. Cho with exhibits A-E (Dkt. No. 83).

      A copy of the unredacted declarations of Ms. Flowers and Ms. King will be emailed to Chambers directly.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    <u>s/ James R. Cho</u>
        JAMES R. CHO
        Assistant U.S. Attorney
        (718) 254-6519
        james.cho@usdoj.gov

Enclosures

cc: All Counsel of Record (by ECF) (w/ enclosures)