# TRAVEL ITINERARY- RABADI, AYMAN 
# FURLOUGH TRANSFER 05/19/2020

MR. RABADI WILL BE DEPARTING MDC BROOKLYN VIA PRIVATE TRANSPORTATION AT APPROXIMATELY 9:00 AM. HIS SON, CHRIS RABADI, WILL TAKE HIM TO HIS FINAL DESTINATION OF GEO CARE, INC., ███████████ ██████████████████████████.

MR. RABADI IS AWARE THAT HE HAS 2 HOURS TO GET TO HIS DESTINATION. HE IS ALSO AWARE THAT IN THE EVENT OF AN EMERGENCY HE IS TO CALL EITHER THE RRC AT ███████ OR MDC BROOKLYN ███████ FOR DIRECTION AND THAT HE IS NOT TO DEVIATE FROM THE TRAVEL ITINERARY.

AR 1

```
BOP2Q  531.01 *           INMATE HISTORY          *      05-08-2020
PAGE 001 OF 001 *            DESTNATION           *      16:39:13

     REG NO..: 68499-054  NAME....: RABADI, AYMAN
     CATEGORY: ■          FUNCTION: PRT     FORMAT:

 FCL   ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
 BRO               COMM CORR CENTER BRONX NY-HC 05-19-2020 1528 CURRENT
 BRO               BROOKLYN MDC CAD-MALE        02-18-2020 1208 02-18-2020 1210
 5-L               COMM CORR CENTER BRONX NY-HC 10-21-2015 0800 10-21-2015 1311
 B15               FORT DIX FCI-GEN POP         07-28-2014 0805 08-05-2014 1443




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

AR 2