# Exhibit 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
HASSAN CHUNN; NEHEMIAH McBRIDE; AYMAN RABADI,
by his Next Friend MIGDALIZ QUINONES; JUSTIN
RODRIGUEZ, by his Next Friend JACKLYN ROMANOFF;
ELODIA LOPEZ; and JAMES HAIR, individually and on
behalf of all others similarly situated,

                         Petitioners(s),

                              Civil Action No.
                              20 Civ 1590
              -against-

WARDEN DEREK EDGE,
                         Respondent(s).
------------------------------------------x

                         April 27, 2020
                         12:32 p.m.


              VIDEOTAPED and VIDEO CONFERENCED
EXAMINATION BEFORE TRIAL of Witness for
Respondent STACEY VASQUEZ, pursuant to Notice,
before Laura B. Lowenthal, a Notary Public within
and for the State of New York.

```
 1                        S. Vasquez

 2        A      Yes.

 3        Q      Which ones?

 4        A      Does that make a difference?

 5        Q      Yes.

 6        A      I have I think three nurses that speak

 7   Spanish and a doctor who speaks some Spanish.

 8        Q      How long does a screening take on one

 9   of these units?

10        A      About an hour probably.

11        Q      It takes an hour to get through all of

12   the people on the unit?

13        A      At minimum.

14        Q      If I told you that there are 124

15   people on the unit does that sound right to you?

16        A      Sure.

17        Q      When can a unit be removed from

18   quarantine?

19        A      As long as no one has had symptoms for

20   14 days.

21        Q      How is that monitored?

22        A      By performing twice daily temperature

23   and wellness checks.

24        Q      Prisoners on these units are not asked

25   specifically if they have any COVID symptoms?
```

```
 1                      S. Vasquez

 2       Q      Tell me then.

 3       A      They would have gone into our intake

 4  unit as normal.

 5       Q      How long would they have stayed there?

 6       A      I don't know.  Typically it's a week

 7  to two weeks.

 8       Q      We were a few minutes ago talking

 9  about the screening of people twice a day

10  screening of people in quarantine.

11              I want to ask you about screening of

12  people in general population housing units.

13              Are people in general population

14  units, by that I mean non isolation, non

15  quarantine, regularly screened for COVID?

16       A      No.

17       Q      How about in the SHU?

18       A      No, we make twice daily rounds in all

19  units.

20       Q      Have those rounds continued during

21  COVID?

22       A      Yes.

23       Q      What happens during those rounds?

24       A      Medical stop around, ensure that the

25  inmates are doing well and pass out sick call if
```

```
 1                    S. Vasquez
 2      A     If they're touching things, yes.
 3      Q     What in quarantine?
 4      A     Yes.
 5      Q     Previously you just told me that you
 6   don't know whether people are wearing N-95 masks
 7   because you don't see them.
 8            How do you know that they're wearing
 9   gloves or surgical masks?
10      A     Because it is basic medical practice.
11      Q     You're basing this your answers on
12   what the policy is and not what you have
13   observed?
14      A     Yes.
15            MS. GINSBERG:  I would like to take a
16            five minute break.
17            VIDEOGRAPHER:   Going off the record
18            at 1:27 p.m.
19            VIDEOGRAPHER:   Going back on the
20            record at 1:37 p.m.
21      Q     I want to go back one second to the
22   quarantine twice daily screening that go on.
23            When medical staff conducts those
24   screening what do they have with them besides a
25   thermometer, an infrared thermometer?
```

1                    S. Vasquez

2        Q      Once they have been tested?

3        A      Before they were tested. Before they

4   were tested they would be in isolation unit as

5   soon as they were identified they would be in an

6   isolation unit.

7        Q      So I think you said earlier that there

8   have been 13 people total tested; is that

9   correct?

10       A      Yes.

11       Q      All of them were placed in isolation

12  prior to receiving the COVID test?

13       A      Yes.

14       Q      You said there were five additional

15  people who were placed in isolation as well?

16       A      As a presumed positive, yes.

17       Q      Were they all placed in isolation at

18  the same time?

19       A      No, that is over a month and a half

20  period.

21       Q      They were not all from the same unit

22  at the same time?

23       A      No.

24       Q      What was the basis for the decision of

25  sending those people into medical isolation?

```
 1                      S. Vasquez
 2              MR. CHO:   Objection to the form.  Are
 3              you referring to those that are the
 4              conflict or the five personnel?
 5              MS. GINSBERG:  The five.
 6       A      Symptoms and the confirmed positive
 7   tests from that unit.
 8       Q      Were all of those five people
 9   cellmates of people who had been tested for
10   COVID?
11       A      None of them were.
12       Q      But they were all on units where
13   somebody tested positive?
14       A      Same unit.
15       Q      All five people were from the same
16   unit?
17       A      Yes.
18       Q      Were they all sent into medical
19   isolation based on the same individuals who
20   tested positive tests?
21       A      Yes.
22       Q      What unit was that?
23       A      Two individuals were positive test.
24       Q      Two individuals were positive test.
25              What unit was that?
```

```
 1                        S. Vasquez
 2   isolation or prior to their being in isolation?
 3        A     I don't remember.  It could have been
 4   either, it could have been both.
 5        Q     You're certain you don't remember
 6   which unit it was?
 7        A     No.
 8        Q     When you did the temperature checks
 9   for those individuals from that unknown unit did
10   you speak with those individuals?
11        A     In what way?
12        Q     In anyway?
13        A     I would have performed a wellness
14   check just like any other time I performed
15   temperature checks.
16        Q     This was while they were in isolation?
17        A     Yes.
18        Q     Are there people who have expressed
19   symptoms of COVID who have not been placed in
20   isolation?
21        A     Yes.
22        Q     Can you tell me when that would happen
23   that a person who expressed COVID symptoms would
24   not be placed in medical isolation?
25        A     That is a clinical providers judgment.
```

```
 1                    S. Vasquez
 2        Q     Do you know how many such people there
 3   have been at the MDC?
 4        A     No.
 5        Q     Do you know if there have been more
 6   than ten?
 7        A     I wouldn't be able to tell you that.
 8        Q     Have any asymptomatic individuals been
 9   placed in isolation?
10        A     No.
11        Q     Are you ever in the position of making
12   a determination as to whether someone will be
13   placed in medical isolation?
14        A     I make the determination with the
15   provider who assessed them and our acting
16   Clinical Director.
17        Q     Aside from -- what you told me so far
18   is that it is a clinical decision.
19              Can you tell me what goes into that
20   clinical decision what factors?
21        A     Symptoms, how long the symptoms have
22   lasted, what the severity of the symptoms are.
23        Q     Anything else?
24        A     Clinical decision is made by the
25   provider.
```

```
 1                    S. Vasquez
 2       Q      And then but you have seen other
 3  people do that or you're aware that other people
 4  do that?
 5       A      Yes.
 6       Q      Do they also conduct the wellness
 7  check through that food slot?
 8       A      Yes.
 9       Q      When did the practice of screening
10  isolation two times a day begin?
11       A      Around the middle of March.
12       Q      What record is made of this screening?
13       A      We note temperatures in the bureau
14  electronic medical records.
15       Q      Is any other record made?
16       A      No.
17       Q      Is there a form used?
18       A      No.
19       Q      Who determined whether to remove
20  someone from medical isolation?
21       A      It is based off of the CDC guidance.
22       Q      So what criteria are used?
23       A      Seven days after onset of symptoms, 72
24  hours after not having -- 72 hours free of fever
25  without an antipyretic such as Tylenol or
```

1                     S. Vasquez
2    COVID at MDC what steps do staff take to try to
3    avoid further infection?
4         A      Same steps that we were taking when we
5    isolated the inmate. We are ensuring that we are
6    wearing masks when come in contact with the
7    inmate and opening the door, PPE, appropriate
8    PPE, gowns, gloves, and ensuring the staff know
9    which units have the inmates who have positive
10   COVID in them.
11        Q      Do you know what contact tracing is?
12        A      I have a vague idea what you're
13   talking about.
14        Q      What is your understanding of contact
15   tracing?
16        A      I believe you're talking about more
17   like contact investigation.
18        Q      Sure.
19        A      Basically what you are going to do is
20   you are going to go two days prior to when the
21   person showed symptoms or reported that they
22   showed symptoms and try to notify anybody who had
23   close contact with that individual, close
24   prolonged contact with that individual.
25        Q      What does into mean close --

Case 1:20-cv-01590-RPK-RLM   Document 91-7   Filed 05/11/20   Page 12 of 29 PageID #: 2725

```
 1                      S. Vasquez
 2       A    Close prolonged contact means that you
 3  came in close contact without PPE available for I
 4  think the guidance was 40 minutes or more.
 5       Q    If someone is let out of their cell on
 6  quarantine or general population unit for the
 7  hour that they're now allowed out would those
 8  inmates be considered to have close contact with
 9  one another?
10       A    No.
11       Q    Why is that?
12       A    Social distancing has been encouraged.
13  They're also suppose to be wearing masks.
14       Q    So you presume social distancing?
15       A    Presume?
16       Q    Yes.
17       A    They have been instructed to social
18  distance.
19       Q    You presume that they're all complying
20  with that?
21       A    Yes.
22       Q    For example, if two people sit next to
23  one another at computers that is considered
24  social distancing?
25       A    If an inmate in a unit came up
```

1                         S. Vasquez

2    positive the whole unit would be quarantined.

3         Q      Okay. But those people would not be

4    isolated?

5         A      No, not unless they showed symptoms.

6    Just the same as a person cellmate would not be

7    isolated unless he showed symptoms.

8         Q      No asymptomatic people are going to be

9    isolated.

10               And so everyone is considered a close

11   contact then if they're on the unit or no?

12        A      We practice out of an abundance of

13   caution.

14        Q      So we would consider them close

15   contact?

16        A      No, but we are going to quarantine the

17   whole unit to make sure that no one touched

18   something that may have given it to them.

19        Q      What steps are taken to determine who

20   the close contacts are?

21        A      Right now close contact is typically

22   the inmate's cellmate.

23        Q      Would it be anybody else?

24        A      No.

25        Q      Why not?

```
1                    S. Vasquez

2        A     They're locked in their cells.

3        Q     But for an hour a day they're not?

4        A     And they're not suppose -- they are

5   suppose to be social distancing and wearing masks

6   when they're out of their cells.

7        Q     Because there is a rule that requires

8   social distancing and wearing a mask there is a

9   presumption that none of those people are in

10  close contact?

11       A     No, the whole unit is going to be

12  quarantine.

13       Q     I am trying to understand who would be

14  considered a close contact for any purpose

15  though?

16       A     What is the purpose of determining the

17  close contact.

18       Q     I get to ask the questions.

19       A     Okay.

20             MR. CHO:   Again, objection to the

21             form.  Asked and answered multiple

22             times. She already answered that

23             question.

24             MS. GINSBERG:   I don't think I got an

25             answer so I wanted to continue.
```

```
 1                   S. Vasquez
 2           MR. CHO:   You did though.
 3           MS. GINSBERG:  There is a question
 4           pending.
 5           MR. CHO:   I don't think I remember
 6           the question.
 7           (Whereby, the requested portion was
 8           read back by the reporter.)
 9           MR. CHO:   Asked and answered. You can
10           answer it again.
11     A     Inmate's cellmate.
12     Q     Anybody else?
13     A     No.
14     Q     Is it possible that any staff member
15  would be considered a close contact?
16     A     No.
17     Q     When a prisoner tests positive are
18  there staff who are responsible for interviewing
19  people to find out more about those contacts?
20     A     Yes.
21     Q     Who are those staff members?
22     A     Infectious disease nurses.
23     Q     How many infectious disease nurses are
24  on staff on MDC?
25     A     Two.
```

```
 1                      S. Vasquez
 2   been tested positive.
 3        Q      Anything other than isolation
 4   quarantine and positive tests?
 5        A      I think there is another one but I
 6   can't remember.
 7        Q      So this system is not tracking
 8   complaints of symptoms?
 9        A      No, the bureau electronic medical
10   record would track that.
11        Q      You had mentioned earlier in your
12   testimony that you put together Daily Reports on
13   COVID; is that correct?
14        A      Yes.
15        Q      Can you tell me what those reports
16   consist of?
17        A      Every name of an inmate on a
18   quarantine unit, names of inmates that are
19   isolated, when they were isolated, when they were
20   tested, when they came off isolation, if they
21   come off quarantine.
22        Q      Anything else that goes into those
23   reports?
24        A      What unit they were in.
25        Q      Does anything about reporting a COVID
```

```
 1                      S. Vasquez
 2    symptom go into that report?
 3         A     No.
 4         Q     Who does that report -- who authors
 5    that report?
 6         A     I do.
 7         Q     Who is it sent to?
 8         A     It was originally being sent to the
 9    Central Office health office administration but
10    they -- they're tracking it by century codes now
11    so now it's only sent to my warden, my associate
12    warden and my executive assistant and my legal
13    counsel.
14         Q     Is it only Daily Reports or are there
15    other reports that get done like weekly reports
16    and monthly reports?
17         A     I do Daily Reports.
18         Q     Daily Reports?
19         A     Yes.
20         Q     Do staff sometimes move between
21    quarantine and non quarantine sections of the
22    MDC?
23         A     Yes.
24         Q     Custody staff?
25         A     I don't track custody's movement but I
```

```
1                        S. Vasquez
2    have seen them move, yes.
3         Q      What about medical staff?
4         A      Yes.
5         Q      Do custody staff also move between
6    isolation units and other sections of the MDC?
7         A      Yes.
8         Q      Medical staff too?
9         A      Yes.
10        Q      Is there anyone who monitors staff
11   conduct to ensure that when they are transferring
12   between units with known or suspected cases in
13   other units that they're in compliance with
14   appropriate infectious disease protocol?
15        A      No one monitors that, no.
16        Q      Are staff members allowed to use
17   alcohol based hand sanitizer?
18        A      Yes.
19        Q      As of when?
20        A      I couldn't give you a date.
21        Q      Has it been for more than a week?
22        A      Yes.
23        Q      How does staff know they're allowed to
24   do this?
25        A      That is not my job.
```

1                    S. Vasquez
2    factors plus having been on a unit without a
3    positive test?
4         A     Those are the most quantifiable
5    symptoms for it.
6         Q     Is there anything in writing that
7    plays out the MDC's criteria for performing a
8    COVID test?
9         A     That is a clinical decision made at
10   the institutional level.
11        Q     Is that a no?
12        A     No.
13        Q     I want to draw your attention to one
14   more Exhibit. It is Exhibit 11.
15              Strike that. I am not going to go
16   through this.  Sorry to get it out and make you
17   put it away.
18              Do you know who Lieutenant Commander
19   Jordan is?
20        A     Yes, she works for me.
21        Q     Can you tell me what her position is?
22        A     She is the IOP IDC -- she is an
23   infectious disease person.
24        Q     This is the person who we spoke of
25   earlier who we referred to as Nurse Jordan;

1                   S. Vasquez

2        A      Yes, which is why we are -- we strive

3   to ensure we get a normal temperature reading

4   from the staff.

5        Q      How do you do that?

6        A      By either having them stand by while

7   they warm up or if they're willing to show us

8   their necks which is a bit warmer we will take it

9   there as well.

10       Q      If somebody comes in and their

11  temperature reads 98.7 the assumption is that is

12  a normal temperature and that it is not lowered

13  because of the air temperature?

14       A      Correct.

15       Q      Are staff when they're screened

16  through this process asked about contact with

17  COVID positive people?

18       A      No.

19       Q      Are they asked about contact with

20  presumed positive people?

21       A      No.

22       Q      Are you aware that the CDC recommends

23  that staff who are identified as a close contact

24  of a COVID-19 case at the facility or in the

25  community should several quarantine at home for

1                    S. Vasquez

2        Q     Yes.

3        A     No, if they are showing other symptoms

4   we can deny them for that too but that is an

5   automatic denial.

6        Q     So they must deny them if they're

7   showing symptoms?

8        A     Yes, if they have a temperature.

9        Q     I misspoke.

10       A     If they have a temperature they're

11  done.  They are not even going to ask about

12  symptoms.  They're going to go home.

13       Q     What procedures are followed if they

14  answer yes to any of the three questions in

15  section two which are new onset cough, new onset

16  trouble speaking because of needing to take a

17  breath and stuffy runny nose?

18       A     The on duty doctor is going to be on

19  called and they are will make that clinical

20  decision.

21       Q     Other than fever there is no

22  particular symptoms that would automatically bar

23  someone from entering the building?

24       A     Not necessarily.

25       Q     After this form is completed what

1                    S. Vasquez

2       Q      Chest pain would get assessed more

3   quickly but otherwise the non, the sick call

4   request that medical staff considered to be non

5   emergent are typically being addressed more than

6   14 days after they're entered into the system?

7       A      Two and a half weeks is I think what

8   it is average right now.

9       Q      What are considered to be emergent

10  request?

11      A      Shortness of breath, COVID like

12  symptoms obviously, chest pain, I broke something

13  a bone, something like that.  That would be --

14  typically we are not even going to get a sick

15  call on that.  We will get a call from an unit

16  officer.

17      Q      What about just a fever?

18      A      A fever would be COVID like system

19  that would be assessed immediately.

20      Q      How quickly?

21      A      Immediately.

22      Q      The same day?

23      A      Yes.

24      Q      What about a cough?

25      A      Cough we have tried to assess the same

1                     S. Vasquez

2    day as well.

3         Q     What about loss of sense or taste?

4         A     Not quantifiable.

5         Q     What do you mean by that?

6         A     Other than someone reporting that how

7    do you quantify that this is going on.

8         Q     I mean when would like would that be

9    considered an emergent request right now?

10        A     No.

11        Q     It would go into sort of regular two

12   and a half week file?

13        A     Yes.

14        Q     Do you know why the paper sick call

15   slips were shredded and not placed into medical

16   records?

17        A     Routine practice we don't typically we

18   don't scan in the electronic copouts either.

19        Q     Is there a way to put a paper a piece

20   of paper into a BOP medical record?

21        A     Yes.

22        Q     How do you do that; just scan it?

23        A     You can scan it in but we are also not

24   going to scan documents and prolong retention of

25   documents that could infected with COVID-19.

Case 1:20-cv-01590-RPK-RLM   Document 91-7   Filed 05/11/20   Page 24 of 29 PageID #: 2737

```
 1                    S. Vasquez

 2        Q     So you think that --

 3        A     Someone can have complications that

 4   are not on that list too.

 5        Q     What do you mean by that?

 6        A     This disease is -- I am not currently

 7   working in a hospital but tracking it it's not

 8   just killing old sick people, it is killing young

 9   people at times too that don't have the risk

10   factors.

11            We monitor every inmate that has this

12   or we think has this and we ensure that their

13   health and safety while they're with us we send

14   them out to a local hospital if we needed to and

15   we couldn't manage them in house.

16        Q     Is MDC taking any steps to protect

17   this group above what it is doing for the overall

18   population of MDC?

19        A     No, because all of our inmates health

20   and safety are important.  We are treating them

21   all that they're high risk and we are giving them

22   all masks and encouraging them to social distance

23   and locking them in to try to prevent the spread

24   if it is.

25        Q     These individuals are not provided
```

```
 1                       S. Vasquez
 2    additional screening?
 3              MR. CHO:   Objection to the form.
 4        A     No, and there is no guidance to
 5    additionally screen them.
 6        Q     Is any of them single cell based on
 7    their risk factors?
 8              MR. CHO:   Objection to the form.
 9        A     No.
10        Q     Are they as a group isolated in
11    anyway?
12        A     No.
13        Q     I want to direct your attention to
14    Exhibit 20.
15        A     I am there.
16        Q     So what you should have before you
17    that is marked as Exhibit 20 is a letter from the
18    warden that MDC that was previously filed in a
19    criminal case United States versus Nick Conga; is
20    that what you see before you?
21              MR. CHO:   We have that letter dated
22              marked 18.  It is regarding MDC New
23              York and MDC Brooklyn overnight case.
24              Is that what you're referring to?
25              MS. GINSBERG:  Yes.
```

```
 1                    S. Vasquez
 2            MR. CHO:  The records are from Noelle.
 3      Q     In this letter from March 18 it states
 4   "MDC Brooklyn has not isolated its at risk
 5   population at this time because the number of
 6   inmates who fall into this category is too large
 7   to contain and isolate on one or even two units."
 8            Is it correct that the group is too
 9   large to isolate?
10      A     Yes.
11      Q     Do you agree with the warden as to the
12   reason as to why MDC is not isolating these
13   people?
14            MR. CHO:   Objection to form.
15      A     Yes.
16      Q     The reason is in fact because there is
17   too many of them?
18      A     Yes.
19      Q     Are you the person who or I guess you
20   and Nurse Jordan are both responsible for
21   overseeing this list?
22            MR. CHO:   Objection to the form.
23      A     Yes, I manage Jordan so yes.
24      Q     Of the six people who were tested as
25   positive for COVID at the MDC have any of them
```

```
 1                       S. Vasquez

 2   been released from custody?

 3        A     I wouldn't be able to tell you that.

 4        Q     Do you know if any of them has been

 5   released?

 6        A     Again, I wouldn't be able to tell you

 7   that.

 8        Q     You don't know?

 9        A     I don't know.

10        Q     Do you know if any of them has died?

11        A     Not that I am aware of.

12              MS. GINSBERG:  James, I want to take

13              ten minutes.

14              VIDEOGRAPHER:  Going off the record

15              5:31 p.m.

16              VIDEOGRAPHER:   Going on the record

17              5:45 p.m.

18        Q     So I just want to clarify one thing I

19   think what you said about general population was

20   that COVID screening, daily COVID screening, is

21   not happening in those units?

22        A     No, they have to access to twice daily

23   medical rounds and there is no guidance put down

24   by Central Office to screen inmates every day

25   that aren't on quarantine or isolation.
```

```
 1                    S. Vasquez
 2       Q     I want to turn your attention to the
 3  document that is marked Exhibit 30. Are you
 4  there?
 5       A     Yes.
 6       Q     So this is a document that is called
 7  correcting misinformation about BOP and COVID-19;
 8  is that what you're looking at?
 9       A     Yes.
10       Q     There is no in page numbers on this
11  document but I want to turn your attention to the
12  first page and in the first page it says that
13  "Health Services staff throughout the BOP are
14  conducting rounds and checking inmate temperature
15  at least once a day. Those locations where
16  inmates are in quarantine or isolation health
17  services staff are conducting rounds and
18  temperature checks twice a day."
19            So consistent with what you told me
20  those twice a day checks in quarantine and
21  isolation are happening; right?
22       A     Yes.
23       Q     But there are not at least once a day
24  checks happening elsewhere; correct?
25       A     That would not be guidance put down by
```

1                        S. Vasquez

2    Central Office to the health care staff.  I do

3    not know who wrote this.  It was probably someone

4    in Central Office but that has not been guidance

5    put down to the Health Services unit.

6          Q     We have talked a little --

7          A     The myth is that prisoners fearing

8    they may be abandoned in a isolation cell.  It

9    doesn't talk about general population anywhere in

10   that?

11         Q     Well what it says is that they fear

12   being abandoned in an isolation cell and left for

13   dead so they're not reporting symptoms?

14         A     It contradict itself.

15         Q     We have certainly been hearing those

16   kinds of stories.

17               Anyway, I want to ask you a little bit

18   more about some of the things that the Health

19   Services staff is doing in addition to the COVID

20   screening on top of it is typical Health Services

21   duties.

22               Are health services staff currently

23   now involved in reviewing compassionate release

24   applications?

25         A     Yes.