UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Hassan Chunn, *et al.,*

                          Petitioners,

          v.

Warden Derek Edge,

                          Respondent.

-------------------------------------------------------------------x

                      **REVISED
JOINT PROPOSED
EXHIBIT AND WITNESS
LISTS**

Civil Action No.
20-cv-1590

(Kovner, J.)

Pursuant to the Court's May 2, 2020 Order, the parties herein provide their revised witness and exhibit list in advance of the May 12, 2020 Preliminary Injunction Hearing.  This document replaces the parties' joint submission that was filed on May 10, 2020.  *See* Dkt. No. 87.

## I. WITNESS LISTS

**Petitioner:**  Given the expedited nature of these proceedings, and the challenges of conducting a remote hearing, the parties have agreed to rely on declaration testimony in lieu of live testimony for all witnesses except their experts and rebuttal witnesses, subject to a reservation of rights for ongoing negotiations concerning specific witnesses.

**Respondent:**  Without waiving any objections, Respondent agrees with Petitioners that given the expedited nature of these proceedings, and the challenges of conducting a remote hearing, the parties have agreed to rely on declaration testimony—subject to the objections to those declarations set forth below—in lieu of live testimony for all witnesses except those witnesses listed below, subject to a reservation of rights for ongoing negotiations concerning

1

specific witnesses.  Respondents object to any supplementation of the below witness list absent

good cause shown.

Subject to the foregoing, the Parties expect to call the following witnesses at the May 12,

2020 hearing:

## A.    Petitioners' Witness List

| Witness name | Brief narrative statement of the expected testimony | Respondent's Objections, if any |
|---|---|---|
| Dr. Homer Venters | Dr. Venters is a physician, internist and epidemiologist who is an expert in correctional health care and will opine about BOP's efforts to prevent the spread of COVID-19 at the MDC. | |
| Petitioner reserves the right to call additional rebuttal witnesses, including N.E. English, for good cause shown. | | |

## B.    Respondent's Witness List

| Witness name | Brief narrative statement of the expected testimony | Petitioners' Objections, if any |
|---|---|---|
| Jeffrey Beard, Ph. D. | Dr. Beard is an expert in the fields of prison management and practices and will opine about BOP's efforts to prevent the spread of COVID-19 at the MDC. | |
| Asma Tekbali, MPH | Ms. Tekbali is an expert in the field of epidemiology and will opine about BOP's efforts to prevent the spread of COVID-19 at the MDC. | Petitioners submitted a motion *in limine* concerning Ms. Tekbali's testimony.  *See* Dkt. No. 86.  Respondent opposed Petitioners' motion *in limine*.  *See* Dkt. No. 89. |
| N.E. English, Assistant Director of the BOP | Assistant Director English is expected to testify regarding | |

| | conditions at the MDC. | |
|---|---|---|
| Respondent reserves the right to call additional rebuttal witnesses for good cause shown. Respondent further reserves the right to object to having any witnesses since the Court lacks jurisdiction as set forth in Respondent's Motion to Dismiss. | | |

## II.    EXHIBIT LISTS

### A.    Petitioners' Exhibit List[1]

| No. | Bates Range/ Docket No. | Description | Respondent's Objections, if any |
|---|---|---|---|
| 1 | BOP 8-29 | USDOJ FBOP Program Statement on Infectious Disease Managements, 06/03/2014 | |
| 2 | BOP 31-61 | FBOP Pandemic Influence Plan, Oct. 2012 | |
| 3 | BOP 61-63 | FBOP Influenza Isolation and Quarantine, Oct. 2012 | |
| 4 | BOP 64-84 | FBOP Pandemic Influenza Plan Module 3, Oct. 2012 | |
| 5 | BOP 147-203 | FBOP Program Statement on Patient Care, 06/03/2014 | |
| 6 | BOP 88-115 | CDC Guidance on Management of COVID-19 in Correctional and Detention Facilities. | |
| 7 | BOP 85-86 | FBOP Update on COVID-19, 03/24/2020 | |
| 8 | BOP 87 | COVID-19 Action Plan: Phase V, 03/31/2020 | |
| 9 | BOP SCR 1-888 | Sick Call Requests | |
| 10 | Dkt. 47-1 | Declaration of Lt. Commander Jordan, 04/15/2020 | |
| 11 | Dkt. 1-4 | Chunn et al. v. Edge- D. Von Dornum Declaration, 03/27/2020 | Objections Nos. 1, 2.[2] Respondent also objects to the extent the declaration contains hearsay from a non-party, |

---

[1] Pursuant to the Court's Individual Practice Rules and the Court's Order at the May 2, 2020 Conference (Tr. 20), the parties will provide any impeachment materials to the Court by email.

[2] Objection Nos. 1 and 2 are detailed *infra*.

| | | | non-expert attorney |
|---|---|---|---|
| 12 | Dkt. 60 | Chunn et al. v. Edge Amended Petition | |
| 13 | Dkt. 18-1, 18-2 | Chunn et al. v. Edge Warden King Declaration with Exhibits, 03/31/2020 | |
| 14 | PETS001600-02 | Letter from MCC and MDC Wardens in Nkanga case | |
| 15 | Dkt. 26-6 | Chunn et al. v. Edge Robert Cohen, M.D. Declaration, 04/03/2020 | Objections Nos. 1, 2. Respondent also objects because Dr. Cohen does not address conditions at the MDC. |
| 16 | Dkt. 26-4 | Chunn et al. v. Edge Dr. Homer Venters' Declaration, 04/02/2020 | Objections Nos. 1, 2. Respondent also objects based on hearsay; the document is also cumulative and duplicative. |
| 17 | Dkt. 12-12 | Chunn et al. v. Edge Supplemental D. Von Dornum Declaration, 03/30/2020 | Objections Nos. 1, 2. Respondent also objects to the extent the declaration contains hearsay from a non-party, non-expert attorney |
| 18 | Dkt. 12-11 | Chunn et al. v. Edge Jaime Meyer Declaration, 03/23/2020 | Objections Nos. 1, 2. Respondent also objects because Meyer does not address conditions at the MDC |
| 19 | PETS001603-06 | FBOP Correcting Myths Doc, https://www.bop.gov/coronavirus/docs/correcting_myths_and_misinformation_bop_covid19.pdf | |
| 20 | PETS001607-32 | CDC Interim Guidance | . |

| 21 | PETS001633 | FBOP Expanded testing, 04/24/2020 | |
|---|---|---|---|
| 22 | BOP 145 | FBOP COVID-19 Staff Screening tool, Mar. 2020 | |
| 23 | Dkt. 21 | Chunn et al. v. Edge AW King Declaration w/ exhibit, 04/01/2020 | |
| 24 | BOP SCR 889-922 | Sick call requests | |
| 25 | Dkt. 72-1 | Dr. Homer Venters Expert report from MDC visit, 04/30/2020 | Objections Nos. 1, 2. Respondent also objects based on hearsay; the document is also cumulative and duplicative. |
| 26 | Dkt. 72 Exhibit 1 | 30(b)(6) Depo. Transcript of Stacey Vasquez, 04/27/2020 | |
| 27 | Dkt. 72 Exhibit 2 | Powell Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 28 | Dkt. 72 Exhibit 3 | Bynum Declaration, 04/21/2020 | Objections Nos. 1, 2 |
| 29 | Dkt. 72 Exhibit 4 | Olivera Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 30 | Dkt. 72 Exhibit 5 | Gomez Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 31 | Dkt. 72 Exhibit 6 | Mabry Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 32 | Dkt. 72 Exhibit 7 | Dixon Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 33 | Dkt. 72 Exhibit 8 | Needham Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 34 | Dkt. 72 Exhibit 9 | Cohen, M.D. Declaration, 03/30/2020 | Objections Nos. 1, 2. Respondent also objects because Dr. Cohen |

| | | | |
|---|---|---|---|
| | | | does not address conditions at the MDC. |
| 35 | Dkt. 72 Exhibit 10 | Finch Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 36 | Dkt. 72 Exhibit 11 | Nelson Declaration, 04/24/2020 | Objections Nos. 1, 2 |
| 37 | Dkt. 72 Exhibit 12 | Platt Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 38 | Dkt. 72 Exhibit 13 | Pierson Declaration, 04/29/2020 | Objections Nos. 1, 2 |
| 39 | Dkt. 72 Exhibit 14 | Sojos-Valladares Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 40 | Dkt. 72 Exhibit 15 | 30(b)(6) Depo. Transcript of Milinda King, 04/27/2020 | |
| 41 | Dkt. 72 Exhibit 16 | Altino Declaration, 04/24/2020 | Objections Nos. 1, 2 |
| 42 | Dkt. 72 Exhibit 17 | Drayton Declaration, 04/21/2020 | Objections Nos. 1, 2 |
| 43 | Dkt. 72 Exhibit 18 | Hall Declaration, 04/24/2020 | Objections Nos. 1, 2 |
| 44 | Dkt. 72 Exhibit 19 | Carpenter Declaration, 04/22/2020 | Objections Nos. 1, 2 |
| 45 | Dkt. 72 Exhibit 20 | Watson Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 46 | Dkt. 72 Exhibit 21 | Wilson Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 47 | Dkt. 72 Exhibit 22 | Miller Declaration, 04/29/2020 | Objections Nos. 1, 2 |

| 48 | Dkt. 72 Exhibit 23 | Soria Declaration, 04/17/2020 | Objections Nos. 1, 2 |
|---|---|---|---|
| 49 | Dkt. 72 Exhibit 24 | Haney Declaration, 04/20/2020 | Objections Nos. 1, 2 |
| 50 | Dkt. 72 Exhibit 25 | McCann Declaration, 04/21/2020 | Objections Nos. 1, 2 |
| 51 | Dkt. 76 | Corrected Sanchez Declaration, 05/04/2020 | Objections Nos. 1, 3 |
| 52 | Dkt.72 Exhibit 27 | Molina Declaration, 04/17/2020 | Objections Nos. 1, 2 |
| 53 | Dkt. 72 Exhibit 28 | Batista Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 54 | Dkt. 72 Exhibit 29 | Singer Declaration 04/27/2020 | Objections Nos. 1, 2 |
| 55 | Dkt. 72 Exhibit 30 | Deutsch Declaration, 04/29/2020 | Objections Nos. 1, 2 |
| 56 | Dkt. 72 Exhibit 31 | Roberts Declaration, 04/24/2020 | Objections Nos. 1, 2 |
| 57 | Dkt. 72 Exhibit 32 | Whitley Declaration, 04/28/2020 | Objections Nos. 1, 2 |
| 58 | Dkt. 72 Exhibit 33 | Letter from Congresswoman Nydia M. Velazquez to FBOP 04/06/2020 | Objection to the extent it contains inadmissible hearsay |
| 59 | Dkt. 72 Exhibit 35 | Castillo Declaration, 04/29/2020 | Objections Nos. 1, 2 |
| 60 | Dkt. 72 Exhibit 38 | Richardson Statement, 04/20/2020 | Objections Nos. 1, 2; further objects as not affirmed under penalties of perjury |

| 61 | Dkt. 72 Exhibit 39 | Letter from ACLU to FBOP, 03/18/2020 | Objection No. 1 |
|---|---|---|---|
| 62 | Dkt. 72 Exhibit 40 | Letter from the Office of the Attorney General of D.C. to Director of FBOP, 03/26/2020 | Objection No. 1 |
| 63 | Dkt. 71-1 | Declaration of Ayman Rabadi, dated April 29, 2020 | Objections Nos. 1, 2 |
| 64 | Dkt. 71-2 | Declaration of Elodia Lopez, dated April 28, 2020 | Objections Nos. 1, 3 |
| 65 | Dkt. 71-3 | Declaration of James Hair, dated April 30, 2020 | Objections Nos. 1, 2 |
| 66 | Dkt. 71-4 | Declaration of Hassan Chunn, dated April 30, 2020 | Objections Nos. 1, 3 |
| 67 | Dkt. 71-5 | Declaration of Rosenfeld re: class counsel, dated April 30, 2020 | Objection No. 1 |
| 68 | Dkt. 71-6 | Declaration of Betsy Ginsberg, dated April 30, 2020 | Objection No. 1 |
| 69 | Dkt. 71-7 | Declaration of Alex A. Reinert, dated April 30, 2020 | Objection No. 1 |
| 70 | Dkt. 71-8 | Declaration of Yeugenia (Jane) Shvets, dated April 30, 2020 | Objection No. 1 |
| 71 | PETS001591 | Justin Rodriguez's COVID-19 Test Result (CONFIDENTIAL) | |
| 72 | PETS001592-93 | Charts of Inmate vs. Staff Positives | |
| 73 | PETS001634 | Summary chart of Declarations | Objections Nos. 1, 2; the underlying declarations speak for themselves. |
| 74 | PETS001596 | Photo of masks used by Corrections Officers | Objection as the pictures have not been authenticated, nor does the description identify who took the pictures. |
| | | | |
| 76 | PETS001597-99 | Declaration of Justin Rodriguez, dated May 5, 2020 | Objections Nos. 1, 2 |
| 77 | PETS001635-48 | CV of Dr. Homer Venters | |

| 78 | BOP SCR 923-1210 | Respondent's supplemental production of sick call requests | |
|---|---|---|---|
| 79 | Dkt. 91-1 | Declaration of Anthony Sanon, dated May 10, 2020 | Objections Nos. 1, 2 |
| 80 | Dkt. 91-2 | Respondent's Response to Interrogatory 1, dated April 27, 2020. | |
| 81 | Dkt. 91-5 | Declaration of Siffredo Gonzalez, dated May 1, 2020. | Objections Nos. 1, 2 |
| 82 | Dkt. 91-6 | Supplemental Report of Dr. Homer Venters, dated May 11, 2020. | Objections Nos. 1, 2. Respondent also objects based on hearsay; the document is also cumulative and duplicative. Respondent further objects given that this report was filed after the expert report deadline and only hours before the May 12 hearing. |
| 83 | Dkt. 91-9 | Supplemental Declaration of James Hair, dated May 11, 2020 | Objections No. 1 and 2 |
| 84 | Dkt. 91-7 | Excerpts from the 30(b)(6) deposition of Stacey Vasquez referenced in Petitioners' Reply Memorandum of Law in Support of Preliminary Injunction. | |
| 85 | Dkt 91-8 | Excerpts from the 30(b)(6) deposition of Milinda King referenced in Petitioners' Reply Memorandum of Law in Support of Preliminary Injunction. | |
| 86 | BOP 237 | Blank Sick Call Request | |
| 87 | PETS001649-59 | Letter re: documents reviewed by Dr. Beard and Dr. Beard's notes | |

Petitioners reserve the right to supplement this list for good cause shown.

**Respondent's Objection No. 1:**

As set forth in his motion to dismiss, Respondent submits that this Court has no jurisdiction in this action and, as a result, Respondent objects to all of the exhibits as irrelevant under Fed R. Evid. 402 and 403.

Additionally, as a general matter, Respondent objects to the extent that Petitioners' requests are cumulative, duplicative, confusing, and/or prejudicial under Fed. R. Evid. 402 and 403; are inadmissible hearsay under Fed. Evid. 801 and 802; and constitute a waste of the Court's time under Fed. R. Evid. 611.

**Respondent's Objection No. 2:**

With respect to the declaration exhibits listed above, each such exhibit is, indisputably, an out of court statement submitted for the truth of the matters asserted therein, and therefore constitute inadmissible hearsay under Fed. R. Evid. 801 and 802. In some cases, these declarations contain double, and, at times, triple hearsy.

But even assuming that the strict rules of evidence do not apply to a hearing for a motion for a preliminary injunction, these declarations must be rejected in their entirety, as they are unduly prejudicial to Respondent. Specifically, there is no basis for Petitioners to introduce over 30 declarations of non-party witnesses, particularly for purposes of the May 12 hearing, particualrly where, as here, no class has been certified or conditionally certified, and only three petitioners (Rabadi,[3] Lopez, and Hair) are currently in MDC custody..

It is also prejudicial to Respondent to be forced to rebut self-serving declarations produced by inmates currently incarcerated at MDC when Respondent has not been given any reasonable opportunity to (a) depose any of these inmates or (b) adequately investigate their claims, including those claims with respect to their petitions for compassionate release or home confinement. "[O]ne of the principal goals of the discovery rules [is] preventing trial by ambush and surprise." *Matrix Int'l Textile, Inc. v. Monopoly Textile, Inc.*, No. CV 16-0084 FMO (AJW), 2017 WL 2906015, at *1 (C.D. Cal. May 9, 2017) (quotation omitted); *Nationwide Life Ins. Co. v. Richards*, 541 F.3d 903, 910 (9th Cir. 2008) ("The Federal Rules of Civil Procedure 'contemplate . . . full and equal discovery' . . . so as to prevent surprise, prejudice and perjury' during trial." (citation omitted)).

---

[3] Upon information and belief, Rabadi is scheduled to be released from MDC next week.

**B.      Respondent's Exhibit List[4]**

| Ex. No. | Bates Range | Description | Petitioners' Objections, if any |
|---------|-------------|-------------|---------------------------------|
| A. | BOP 1-7 | SOAP invoices | |
| B. | BOP 8-29 | Program Statement 6190.04 Infectious Disease Management | |
| C. | BOP 30-63 | BOP Pandemic Influenza Plan Module 1: Surveillance and Infection Control, October 2012 | |
| D. | BOP 64-84 | Pandemic Influenza Plan Module 3: Health Care Delivery, October 2012 | |
| E. | BOP 85-86 | Bureau of Prisons Update on COVID-19 dated March 24, 2020 | |
| F. | BOP 87 | BOP COVID-19 Action Plan: Phase Five | |
| G. | BOP 88-112 | CDC Guidance on Management of COVID-19 in Correctional and Detention Facilities | |
| H. | BOP 113 | CDC: Stop the Spread of Germs | |
| I. | BOP 114 | Coronavirus Disease 2019 (COVID-19) Inmate Screening Tool | |
| J. | BOP 115 | CDC Priorities for Testing Patients with Suspected COVID-19 Infection | |
| K. | BOP 116-133 | Pandemic Influenza Plan Module 2: Antiviral Medications and Vaccines, October 2012 | |
| L. | BOP 134-144 | Pandemic Influenza Plan Module 4:  Care for the Deceased,  October 2012 | |
| M. | BOP 145 | Coronavirus Disease 2019 (COVID-19) Staff Screening Tool | |

---

[4] Pursuant to the Court's Individual Practice Rules and the Court's Order at the May 2, 2020 Conference (Tr. 20), Respondent will provide any impeachment materials to the Court via email.

| | | | |
|---|---|---|---|
| N. | BOP 146-203 | Patient Care Program Statement 6031.04 dated June 3, 2014 | |
| O. | BOP 204-205 | Hand sanitizer order dated 3/17/20 | |
| P. | BOP 206-207 | Wipes, sanitizer and soap order dated 3//16/20 | |
| Q. | BOP 208-209 | GOJO 800 series dispenser Black dated 3/16/20 | |
| R. | BOP 210-213 | Invoice for HDQC2 Cleaner & Spray bottles dated 3/16/20 | |
| S. | BOP 214-218 | Invoice for roller cart bundle and related items dated 3/19/20 | |
| T. | BOP 219-223 | Invoice for Oxiver TB cleaner dated 3/30/20 | |
| U. | BOP 224-225 | Invoice for metal cleaner, polish dated 3/30/20 | |
| V. | BOP 226-227 | Invoice for hand sanitizer and drum pump dated 3/17/20 | |
| W. | BOP 228-230 | Invoice for HDQC2 dated 3/23/20 | |
| X. | BOP 231-234 | Invoice for N95 masks, N95 respirators, hand sanitizer dated 3/23/20 | |
| Y. | BOP 235-236 | Invoice for hand sanitizer dated 3/17/20 | |
| Z. | BOP 237 | Blank sick call request form | |
| AA. | Tekbali 1-112 | Expert Report of Asma Tekbali dated May 7, 2020 with Exhibits 1-15. | Petitioners submitted a motion *in limine* concerning Ms. Tekbali's testimony. *See* Dkt. No. 86. Respondent opposed Petitioners' motion *in limine*. *See* |

| | | | Dkt. No. 89. |
|---|---|---|---|
| BB. | Tekbali Ex. 1 | Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) (https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html) | |
| CC. | Tekbali Exhibit 2 | Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-criteria.html) | |
| DD. | Tekbali Exhibit 3 | FAQ About 2019 Novel Coronavirus and COVID-19 for Health Care Providers (https://www1.nyc.gov/assets/doh/downloads/pdf/imm/covid-19-provider-faqs.pdf) | |
| EE. | Tekbali Exhibit 4 | Food Safety and Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/foodsafety/newsletter/food-safety-and-Coronavirus.html) | |
| FF. | Tekbali Exhibit 5 | National Multiple Sclerosis Society's website (https://www.nationalmssociety.org/coronavirus-covid-19-information/multiple-sclerosis-and-coronavirus#section-0) | |
| GG. | Tekbali Exhibit 6 | Personal Protective Equipment: Questions and Answers (https://www.cdc.gov/coronavirus/2019-ncov/hcp/respirator-use-faq.html) | |
| HH. | Tekbali Exhibit 7 | Cleaning and Disinfection for Community Facilities (https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/cleaning-disinfection.html) | |
| II. | Tekbali Exhibit 8 | Summary for Healthcare Facilities: Strategies for Optimizing the Supply of N95 Respirators during the COVID-19 Response (https://www.cdc.gov/coronavirus/2019-ncov/hcp/checklist-n95-strategy.html) | |

| | | | |
|---|---|---|---|
| JJ. | Tekbali Exhibit 9 | Health Advisory: Discontinuation of Isolation for Patients with COVID-19 Who Are Hospitalized or in Nursing Homes, Adult Care Homes, or Other Congregate Settings with Vulnerable Residents (https://coronavirus.health.ny.gov/system/files/documents/2020/04/dohcovid-19-discontinuing-isolation-hospital-congregate-setting.pdf) | |
| KK. | Tekbali Exhibit 10 | COVID-19: Guidance for Congregate Settings (https://www1.nyc.gov/assets/doh/downloads/pdf/imm/guidance-for-congregate-settingscovid19.pdf) | |
| LL. | Tekbali Exhibit 11 | How to Protect Yourself & Others (https://www.cdc.gov/coronavirus/2019-ncov/prevent-gettingsick/prevention.html) | |
| MM. | Tekbali Exhibit 12 | Handwashing at Home, at Play, and Out and About (https://www.cdc.gov/handwashing/pdf/handwashing-poster.pdf) | |
| NN. | Tekbali Exhibit 13 | Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings (https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-controlrecommendations.html) | |
| OO. | Tekbali Exhibit 14 | What to Do If You Are Sick (https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/steps-when-sick.html) | |
| PP. | Tekbali Exhibit 15 | Personnel with Potential Exposure in a Healthcare Setting to Patients with Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html) | |
| QQ. | Tekbali 113 | CV of Asma Tekbali | |

14

| RR. | Beard 1-11 | Expert Report of Jeffrey A. Beard dated May 6, 2020 | |
| SS. | | CV of Jeffrey A. Beard, Ph.D. | |
| TT. | Dkt. Nos. 18-1 and 18-2 | Declaration of Associate Warden Milinda King with Exhibits 1-3. | Petitioner objects to this declaration to the extent it contradicts the witness's deposition testimony. |
| UU. | Dkt. No. 18-2 (pages 2/47 to 31/47) | King Ex. 1 - Program Statement Community Corrections Center | |
| VV. | Dkt. No. 18-2 (page 33/47 to 36/47) | King Ex. 2 - CDC: Stop the Spread of Germs and "What to do if you are sick with coronavirus disease 2019 (COVID-19 19) | |
| WW. | Dkt. No. 18-2 (page 38/47 to 47/47) | King Ex. 3 - March 13, 2020 guidance regarding modified operations | |
| XX. | Dkt,. No. 21 | Supplemental Declaration of Associate Warden Milinda King and Ex. 4 (Action Plan Phase V) | Petitioner objects to this declaration to the extent it contradicts the witness's deposition testimony. |
| YY. | Dkt. No. 47-1 | Declaration of Lt. Cmdr. D. Jordan | |
| ZZ. | Dkt. No. 81 | Declaration of Associate Warden Milinda King dated May 7, 2020 with Exhibits A-H | Petitioner objects to this declaration to the extent it contradicts the witness's deposition testimony. |

| AAA. | KING 1-10 (Dkt. 81-1, Attachment A) | Program Statement 4500.12, Trust Fund/Deposit Fund Manual | |
| BBB. | KING 11-13 (Dkt. 81-1, Attachment B) | MDC Brooklyn A&O Handbook | |
| CCC. | KING 14-21 (Dkt. 81-1, Attachment C) | Photos of Soap | |
| DDD. | KING 22-27 (Dkt. 81-1, Attachment D) | MDC Brooklyn Commissary Lists | |
| EEE. | KING 32-62 (Dkt. 81-1, Attachment E) | Purchase Orders | |
| FFF. | KING 58-64 (Dkt. 81-1, Attachment F) | Hair Commissary Records | |
| GGG. | KING 65-72 (Dkt. 81-1, Attachment G) | Lopez Commissary Records | |
| HHH. | KING 73-81 (Dkt. 81-1, Attachment H) | Rabadi Commissary Records | |
| III. | Dkt. No. 82 | Declaration of Associate Warden Caryn Flowers dated May 7, 2020 with Exhibits A-B | |
| JJJ. | FLOWERS 2-27 (Dkt. No. 82-1, Exhibit A) | Interim Guidance on Management of Coronavirus Disease 2019 ("COVID-19") in Correctional and Detention Facilities. | |
| KKK. | FLOWERS 29 (Dkt. No. 82-1, Exhibit B) | 3 North Unit Operation schedule | |
| LLL. | Dkt. No. 80 | Declaration of Health Services Administrator Stacey Vasquez dated May 7, | Petitioner also objects to this |

| | | | |
|---|---|---|---|
| | | 2020 with Exhibits A-D | declaration to the extent it contradicts the witness's deposition testimony. |
| MMM. | VASQUEZ 34-35 (Dkt. No. 80-1, Attachment C) | Coronavirus Disease 2019, Symptoms of Coronavirus | |
| NNN. | VASQUEZ 36-39 (Dkt. No. 80-1, Attachment D) | NY DOH Updated Interim Guidance: Protocol for COVID-19 Testing Applicable to All Health Care Providers and Local Health Departments | |
| OOO. | MDC 1-13 | Assessment of Metropolitan Detention Center, Brooklyn, New York COVID-19 Response | Obj. No. 4[5] |
| PPP. | MDC 14-15 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306; 07/01/2019, ECF No. 67 - Letter from United States as to Elodia Lopez requesting sentencing and detention of defendant | Obj. No. 1 |
| QQQ. | MDC 16-22 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306; 10/04/2019, ECF No. 71 – Sentencing Memorandum | Obj. No. 1 |
| RRR. | MDC 23-26 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306; 07/17/2019, ECF No. 69 –Order of Detention | Obj. No. 1 |
| SSS. | MDC 27-33 | U.S. v. Lopez, NDNY, No. 93-cr-00306;12/11/2019, ECF No. 76 - JUDGMENT | Obj. No. 1 |
| TTT. | MDC 34-42 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306, Criminal Docket Sheet | Obj. No. 1 |
| UUU. | MDC 181-183 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306 Letter to Court enclosing BOP denial of Lopez compassionate  release request. | Obj. No. 1 |

---

[5] Objection Nos. 1, 2, 3 and 4 are detailed *infra*.

| VVV. | MDC 184-186 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306, May 1 U.S. response to Elodia Lopez's compassionate release motion. | Obj. No. 1 |
|------|-------------|------|------|
| WWW. | MDC 179-180 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306 Letter to Court enclosing BOP denial of Lopez C. Release. | Obj. No. 1 |
| XXX. | MDC 57-62 | Elodia  Lopez Sick Call Records | |
| YYY. | MDC 265-70 | Elodia Lopez BOP Psychological Records | Obj. No. 1 |
| ZZZ. | MDC 63-178 | Elodia Lopez BOP Medical Records | |
| AAAA. | AR 1-2 | Travel Itinerary - Rabadi, Ayman, Furlough Transfer -05/19/2020 and SENTRY record | |
| BBBB. | | Withdrawn | |
| CCCC. | MDC 255-259 | Dino Sanchez Superseding Indictment EDNY ; *U.S. v. Sanchez*, 19-cr-14 | Obj. No. 1, No, 2 |
| DDDD. | MDC 213-246 | Dino. Sanchez Transcript, Bail Denial EDNY' *U.S. v. Sanchez*, 19-cr-14 | Obj. No. 1, No, 2 |
| EEEE. | MDC 203-212[ | Dino Sanchez U. S. Letter Seeking Detention *U. S. v. Sanchez*, S. EDNY 19-cr-14 | Obj. No. 1, No, 2 |
| FFFF. | MDC 247-254 | Dino Sanchez Criminal Docket Sheet; *U.S. v. Sanchez*, 19-cr-14 | Obj. No. 1, No, 2 |
| GGGG. | MDC 196-202 | Dino Sanchez 1.27.19 United States. Letter opposing Sanchez Bail Application; *U.S. v. Sanchez*, 19-cr-14 | Obj. No. 1, No, 2 |
| HHHH. | MDC 187 | Hassan Chunn Inmate History Report | Obj. No. 1 |
| IIII. | MDC 188 | Hassan  Chunn Inmate Discipline Data | Obj. No. 1 |
| JJJJ. | MDC 189-190 | Hassan Chunn Patient Assessment  (Medical Records) | |
| KKKK. | MDC 191-195 | Hassan Chunn Vitals MDC (Medical Records) | |
| LLLL. | MDC 271-275 | Hassan Chunn Criminal docket sheet EDNY 16 Cr. 388 | Obj. No. 1 |
| MMMM. | MDC 276-292 | MDC pictures | Petitioners object to this exhibit to the extent Respondent does not adequately authenticate it. |
| NNNN. | MDC 332- | James Hair's medical records | |

| | | | |
|---|---|---|---|
| | 334, 335, 336-599, 600-870 | | |
| OOOO. | MDC 323-326 | James Hair's sick call records | |
| PPPP. | MDC 327-331 | Ayman Rabadi's sick call records | |
| QQQQ. | MDC 871-921, 922 | Ayman Rabadi's medical records | |
| RRRR. | MDC 316-322 | Inmate bulletins - Selection | |
| SSSS. | MDC 293-296; 310-315; | Dino Sanchez's medical records, sick call request (upon production of a HIPAA release) | Obj. No. 3 |
| TTTT. | MDC 297-310 | Dino Sanchez commissary receipts | Obj. No. 2 |
| UUUU. | MDC 923-997 | Dino Sanchez's medical records (upon production of a HIPAA release) | Obj. No. 2, No. 3 |
| VVVV. | MDC 43-56 | *U.S. v. Lopez*, NDNY, No. 93-cr-00306, Transfer of Jurisdiction | Obj. No. 1 |
| WWWW. | | Declaration of Assistant Human Resource Manager Arlene Ferguson-Houk, in response to the declaration of Anthony Sanon, and the Staff Screening Tool annexed thereto. | Obj. No. 1 |
| XXXX. | | Declaration of Tristan Rohlfs, in response to the declaration of Anthony Sanon | |
| YYYY. | | Supplemental Declaration of Health Services Administrator Stacey Vasquez, in response to the declaration of Anthony Sanon | |

Respondent reserves the right to supplement this list for good cause shown.

**Objection No. 1:**

Petitioners object to documents regarding the criminal, disciplinary, and psychological

histories of Petitioners and witnesses as impermissible under Rules 403 of the Federal Rules of

Evidence. These materials are irrelevant to the current proceedings, which concern the conditions of confinement at the MDC, and so should be excluded. Pursuant to Rule 403, even relevant evidence may be excluded "if its probative value is substantially outweighed by a danger of . . . unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. In weighing the admissibility of prior convictions under Rule 403, the most important factor is "whether the crime, by its nature, is probative of a lack of veracity." *United States v. Brown*, 606 F. Supp. 2d 306, 312 (E.D.N.Y. 2009). Moreover, courts widely recognize that, once a party's status as a convicted felon has been established through the admission of one conviction, the incremental probative value of additional convictions rapidly diminishes. *See, e.g.*, *United States v. Vasquez*, 840 F. Supp. 2d 564, 573 (E.D.N.Y. 2009); *United States v. Washington*, 746 F.2d 104, 107 (2d Cir. 1984). Similarly, disciplinary records of a state ward plaintiff, *e.g.*, a prison inmate or psychiatric patient, are almost always inadmissible." *Lombardo v. Stone*, No. 99-CV-4603, 2002 WL 113913, at *3 (S.D.N.Y. Jan. 29, 2002). Records related to the psychological history of Petitioners should also be excluded as they have no bearing on the subject of the litigation or on Petitioners' credibility. *See United States v. Giovinco*, No. 18-CR-14 (JSR), 2020 WL 832920, at *2 (S.D.N.Y. Feb. 20, 2020) (excluding evidence of a witness's psychological history of anxiety and depression as the "probative value of cross-examining [witness] on his mental health history would have been minimal at best"). Respondent's Ex. WWWW, which contains irrelevant and personal information regarding Mr. Sanon's human resources records, are irrelevant and unduly prejudicial and thus impermissible under Rule 403.

**Objection No. 2:**

Petitioner objects to documents regarding the records pertaining to Dino Sanchez given that Mr. Sanchez is no longer being called as a witness.

**Objection No. 3:**

Petitioner objections to documents that Respondent has not yet been produced to Petitioners.

**Objection No. 4:**

With respect to Respondent's Ex. OOO, "Assessment of Metropolitan Detention Center, Brooklyn, New York COVID-19 Response," Petitioners object to this exhibit, but only in the event that Ms. English is not produced for testimony pursuant to the trial subpoena Petitioners served on her counsel (with their consent) yesterday.  Petitioners were first served with this document on Saturday, May 9, 2020, three days before the hearing.  Prior to yesterday, Respondent had never mentioned this document existed or that the BOP had conducted an inspection at the MDC a week ago, on May 2, 2020, and that a report would be forthcoming. The document was not attached to Respondent's opposition papers filed on May 7, 2020, and the document is undated and unsigned. Finally, Petitioners have not been given any opportunity to depose Ms. English, the putative author of the report.

**Note on Hearsay:**

Petitioners note that many of both Respondent's and Petitioners' proposed Exhibits contain hearsay that might otherwise be objectionable, however "hearsay is admissible to support or to oppose an application for a preliminary injunction. A preliminary injunction is an interim remedy, and the burdensome requirements of trial testimony are at odds with its provisional purpose. Through affidavits and hearsay testimony, a court may maximize the breadth of evidence without necessitating hearings that span days or weeks." *Mullins v. City of New York*,

634 F. Supp. 2d 373, 387 (S.D.N.Y. 2009), *aff'd*, 626 F.3d 47 (2d Cir. 2010). The court in *Mullins* noted that concerns about hearsay apply with "far lesser force when a judge serves as fact-finder, rather than a lay jury." *Id.* at 388 *citing Van Alen v. Dominick & Dominick, Inc.*, 560 F.2d 547, 552 (2d Cir.1977).


Dated: New York, New York
      May 11, 2020                 EMERY CELLI BRINCKERHOFF
                                   & ABADY LLP

By:          /s                  
               Katherine  Rosenfeld
               O. Andrew F. Wilson
               Samuel Shapiro
               Scout Katovich
               600 Fifth Avenue, 10th Floor
               New York, NY 10020
               (212) 763-5000

               CARDOZO CIVIL RIGHTS CLINIC
               Betsy Ginsberg
               Cardozo Civil Rights Clinic
               Benjamin N. Cardozo School of Law
               55 Fifth Avenue, 11th Floor
               New York, NY 1003
               (212) 790-0871

               Alexander A. Reinert
               55 Fifth Avenue, Room 1005
               New York, NY 1003
               (212) 790-0403
               *Attorneys for Petitioners and Putative Class*

Dated: Brooklyn, New York
      May 11, 2020

               RICHARD P. DONOGHUE
               United States Attorney
               *Counsel for Respondent*
               Eastern District of New York
               271-A Cadman Plaza East, 7th Fl.
               Brooklyn, New York 11201

By:          /s                  
               James R. Cho

Seth D. Eichenholtz
Joseph A. Marutollo
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6519/7036/6288/6198
james.cho@usdoj.gov
seth.eichenholtz@usdoj.gov
joseph.marutollo@usdoj.gov
pauline.stamatelos@usdoj.gov