

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 15, 2020

**By ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chunn et al. v. Warden Derek Edge,*
              Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

      We respectfully submit this status report pursuant to Your Honor's request at the conclusion of yesterday's preliminary injunction hearing. After conferring with counsel for Petitioners, Respondent respectfully informs the Court that a referral to a mediator will not be productive in this matter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      James R. Cho
      Seth D. Eichenholtz
      Joseph A. Marutollo
      Paulina Stamatelos
      Assistant U.S. Attorneys
      (718) 254-6519/7036/6288/6198
      james.cho@usdoj.gov
      seth.eichenholtz@usdoj.gov
      joseph.marutollo@usdoj.gov
      pauline.stamatelos@usdoj.gov

cc:    All Counsel of Record (by ECF)