

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 26, 2020

**By ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Chunn, et al. v. Warden Derek Edge*,
       Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

Respondent respectfully submits this status report to provide the Court with an update regarding Petitioner James Hair. Mr. Hair is no longer housed at the Metropolitan Detention Center ("MDC") in Brooklyn. On May 22, 2020, Mr. Hair was transferred to his designated institution -- FCI Loretto. Like Petitioners Chunn, McBride, Rodriguez and Rabadi, Mr. Hair's *habeas* petition is now moot.

The only named Petitioner remaining at the MDC is Ms. Elodia Lopez who is housed in the female housing unit.

Respondent thanks the Court for its consideration of this matter.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:       /s/
James R. Cho
Seth D. Eichenholtz
Joseph A. Marutollo
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6519/7036/6288/6198
james.cho@usdoj.gov
seth.eichenholtz@usdoj.gov
joseph.marutollo@usdoj.gov
pauline.stamatelos@usdoj.gov

cc: The Honorable Roanne L. Mann (By ECF)
All Counsel of Record (By ECF)