

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 27, 2020

**By ECF**
Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Chunn, et al. v. Warden Derek Edge*,
             Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

      Respondent respectfully informs the Court of supplemental authority in further support of his motion to dismiss the Amended Petition. Specifically, today, in the matter, *Wragg v. Ortiz*, No. 20-CV-5496, Dkt. No. 40 (D.N.J. May 27, 2020) (Bumb, J.), the District of New Jersey issued a decision in a putative class action brought by inmate-petitioners at the Federal Correctional Institution at Fort Dix, New Jersey, who contend that they are being held in violation of the Eighth Amendment due to the alleged lack of protective measures by BOP officials to contain the spread of COVID-19 at their BOP facility. As set forth in the attached 89-page opinion, the district court granted the Government's motion to dismiss in its entirety and denied the petitioners' motion for preliminary injunctive relief. The decision is expected to be published shortly.

      Respondent thanks the Court for its consideration of this matter.

                                                    Respectfully submitted,

                                                    RICHARD P. DONOGHUE
                                                    United States Attorney

                        By:        /s/
                                                      James R. Cho
                                                      Seth D. Eichenholtz
                                                      Joseph A. Marutollo
                                                      Paulina Stamatelos
                                                      Assistant U.S. Attorneys
                                                      (718) 254-6519/7036/6288/6198
                                                      james.cho@usdoj.gov
                                                      seth.eichenholtz@usdoj.gov
                                                      joseph.marutollo@usdoj.gov

pauline.stamatelos@usdoj.gov

Encl.

cc: The Honorable Roanne L. Mann (By ECF)
      All Counsel of Record (By ECF)