

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 28, 2020

**By ECF**
Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chunn, et al. v. Warden Derek Edge,*
               Civil Action No. 20-cv-1590 (Kovner, J.) (Mann, M.J.)

Dear Judge Kovner:

      Respondent respectfully informs the Court that today, the only remaining petitioner in this matter—Elodia Lopez (Reg. No. 05490-052)—was released from the MDC.  As no named petitioner remains at the MDC, there is no live case or controversy, and plaintiffs' claims are now moot for the reasons stated in Respondent's Motion to Dismiss (Dkt. No. 62-1 at 13), and Respondent's Reply in Support of his Motion to Dismiss (Dkt. No. 88 at 2); *see also  Muhammad v. City of New York Dep't of Corrections*, 126 F.3d 119 (2d Cir. 1997).

      Respondent thanks the Court for its consideration of this matter.

               Respectfully submitted,

               SETH D. DuCHARME
               Acting United States Attorney

      By:         /s/
               James R. Cho
               Seth D. Eichenholtz
               Joseph A. Marutollo
               Paulina Stamatelos
               Assistant U.S. Attorneys
               (718) 254-6519/7036/6288/6198
               james.cho@usdoj.gov
               seth.eichenholtz@usdoj.gov
               joseph.marutollo@usdoj.gov
               pauline.stamatelos@usdoj.gov

cc:    The Honorable Roanne L. Mann (By ECF)
       All Counsel of Record (By ECF)