UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HASSAN CHUNN; NEHEMIAH McBRIDE; AYMAN RABADI, by his Next Friend MIGDALIZ QUINONES; JUSTIN RODRIGUEZ, by his Next Friend JACKLYN ROMANOFF; ELODIA LOPEZ; and JAMES HAIR,

individually and on behalf of all others similarly situated,

    Petitioners,

-*against*-

WARDEN DEREK EDGE,

    Respondent.

No. 20 Civ. 1590 (RPK) (RLM)

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioners Ayman Rabadi by his next friend Migdaliz Quinones, Justin Rodriguez by his next friend Jacklyn Romanoff, Elodia Lopez, and James Hair dismiss all of their claims in the above-captioned action against Respondent Warden Derek Edge without prejudice.

Dated: August 12, 2020
   New York, New York

          EMERY CELLI BRINCKERHOFF ABADY
          WARD & MAAZEL LLP

          By: /s/ Katherine Rosenfeld
          Katherine Rosenfeld
          O. Andrew F. Wilson
          Samuel Shapiro
          Scout Katovich
          600 Fifth Avenue, 10th Floor
          New York, NY 10020
          (212) 763-5000

          CARDOZO CIVIL RIGHTS CLINIC
          Betsy Ginsberg
          Cardozo Civil Rights Clinic
          Benjamin N. Cardozo School of Law

55 Fifth Avenue, 11th Floor
New York, NY 1003
(212) 790-0871

Alexander A. Reinert
55 Fifth Avenue, Room 1005
New York, NY 1003
(212) 790-0403

Debevoise & Plimpton LLP
Yeugenia (Jane) Shvets
Noelle E. Lyle
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Petitioners*